# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GREGORY KARAS and ANDREA THUNHORST,

    Plaintiffs,

v.

GENDLIN LIVERMAN & RYMER S.C., ANDREW R. LIVERMAN, and TIMOTHY J. RYMER,

    Defendants.

Case No. 19-CV-1291-JPS

**ORDER**

    Plaintiffs have brought claims against Defendants for violations of the Fair Labor Standards Act ("FLSA") and Wisconsin's wage and hour laws. (Docket #1). On January 22, 2020, the parties notified the Court that they had reached a settlement. (Docket #22). On January 31, 2020, they filed a joint motion for approval of the settlement and to dismiss this action with prejudice. (Docket #23). Private FLSA settlements require court approval. *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). The Court has reviewed the parties' motion and their settlement agreement and agrees that the settlement is fair and reasonable. It will, therefore, grant their motion to approve the settlement and dismiss this action.

    Accordingly,

    **IT IS ORDERED** that the parties' joint motion for approval of their settlement (Docket #23) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

    The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge