# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

GREGORY KARAS and ANDREA THUNHORST,

    Plaintiffs,

v.

GENDLIN LIVERMAN & RYMER S.C., ANDREW R. LIVERMAN, and TIMOTHY J. RYMER,

    Defendants.

Case No. 19-CV-1291-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the parties' joint motion for approval of their settlement (Docket #23) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court
*s/ Jodi L. Malek*

January 31, 2020
Date

By: Deputy Clerk